IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HELSON PABON GONZALEZ, JIMMY ZAVALA,
DANIEL GONZALEZ, and T. B.,

        Plaintiffs,

v.                                     ORDER

CHAD HENNEMAN, J. SWEENEY,        17-cv-715-jdp
TIMOTHY BROMELAND, MS. IVERSON,
and B. KOOL,

        Defendants.

---

HELSON PABON GONZALEZ, DANIEL GONZALEZ
and THADIUS BELL,

        Plaintiffs,

v.                                     ORDER

CHAD HENNEMAN, J. SWEENEY,        17-cv-762-jdp
LORRIE IVERSON, C. SITTIN,
and TIMOTHY BROMELAND,

        Defendants.

---

In case no. 17-cv-715-jdp, plaintiff Helson Pabon Gonzalez filed a complaint on behalf of several inmates, alleging that defendant prison officials gave him false conduct reports and unjustly fired him from his job in the prison kitchen.[1] He later filed another complaint containing similar allegations, that was opened as case no. 17-cv-762-jdp. Pabon Gonzalez has informed the court that he actually intended the second complaint to be an amended complaint

---

[1] The clerk of court has sent the complaint to the other named plaintiffs asking them to sign the complaint if they wish to proceed as plaintiffs in the case.

in the '715 case. I will direct the clerk of court to docket the amended complaint in the '715 case and dismiss the '762 case. Pabon Gonzalez will not owe a filing fee for the '762 case. I advise Pabon Gonzalez that he must put the case number on all future pleadings that he sends to the court in this matter. A complaint without a case number will be treated as a new complaint that will open a new case.

ORDER

IT IS ORDERED that:

1. The clerk of court is directed to docket the complaint filed in case no. 17-cv-762-jdp as an amended complaint in case no. 17-cv-715-jdp.

2. Case no. 17-cv-762-jdp is DISMISSED. Plaintiff Helson Pabon Gonzalez will not owe a filing fee for that case.

3. All pending motions in the '762 case are DENIED as moot.

Entered November 28, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge