IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELSON PABON GONZALEZ,

    Plaintiff,

v.

CHAD HENNEMAN, J. SWEENEY,
TIMOTHY BROMELAND, MS. IVERSON,
and C. SUTTER,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-715-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                             8/14/2018

Peter Oppeneer, Clerk of Court             Date